UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SPEISER, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>BRIGHTVIEW HOLDINGS, INC., ANDREW V. MASTERMAN, and JOHN A. FEENAN.<br><br>                Defendants. | Case No. 2:19-cv-01610-GAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff David Speiser hereby voluntarily dismisses this Action in its entirety, without prejudice, as to all defendants. Plaintiff has not yet served any defendant pursuant to Fed. R. Civ. P. 4. No defendant has filed an answer or other responsive pleading and no defendant has moved for summary judgment.

Dated: June 7, 2019

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

*/s/ Jacob A. Goldberg*
Jacob A. Goldberg
Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Email: jgoldberg@rosenlegal.com
Email: ghaklay@rosenlegal.com

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
Jonathan Lindenfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: jlindenfeld@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*